

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print          GrantedPublicAccess  Logoff JOSHUA_JONES

**22SL-CC00534 - RICHARD WILLIAMS ET AL V MARY E WILSON ET AL (E-CASE)**

| Case FV Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending   ○ Ascending

Display Options: All Entries ▼

---

**09/29/2022** ☐ **Note to Clerk eFiling**
    **Filed By:** MICHAEL SHAYNE KISLING

    ☐ **Answer Filed**
    DORs Answer to Petition for Partition of Land; Exhibit A; Electronic Filing Certificate of Service.
        **Filed By:** MICHAEL SHAYNE KISLING
        **On Behalf Of:** MISSOURI DEPARTMENT OF REVENUE

**09/21/2022** ☐ **Answer Filed**
    Answer to Petition; Electronic Filing Certificate of Service.
        **Filed By:** FELICA EZELL GILLESPIE
        **On Behalf Of:** MARY ELLEN WILSON

    ☐ **Entry of Appearance Filed**
    Entry of Appearance; Electronic Filing Certificate of Service.
        **Filed By:** FELICA EZELL GILLESPIE
        **On Behalf Of:** MARY ELLEN WILSON

**08/26/2022** ☐ **Notice of Service**
    Summons served for Mary Ellen Wilson.
        **Filed By:** ALICIA A. ALBUS
        **On Behalf Of:** RICHARD WILLIAMS JR, RUTH NICOLE CRUMER

**07/29/2022** ☐ **Summ Issd- Circ Pers Serv O/S**
    Document ID: 22-SMOS-651, for INTERNAL REVENUE SERVICE. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    ☐ **Summ Issd- Circ Pers Serv O/S**
    Document ID: 22-SMOS-650, for THE VILLAGES AT BARRINGTON DOWNS. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    ☐ **Summons Issued-Circuit**
    Document ID: 22-SMCC-6223, for MISSOURI DEPARTMENT OF REVENUE. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    ☐ **Summons Issued-Circuit**
    Document ID: 22-SMCC-6222, for WILSON, MARY ELLEN. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**07/27/2022** ☐ **Motion Special Process Server**
    Request for Special Process Server.
        **Filed By:** ALICIA A. ALBUS

GOVERNMENT EXHIBIT

**A**

Case: 4:22-cv-01088-SEP   Doc. #:  1-1   Filed: 10/13/22   Page: 2 of 37 PageID #: 6

**On Behalf Of:** RICHARD WILLIAMS JR

| | | |
|---|---|---|
| 05/03/2022 | ☐ | **Request Filed** |

Request for Special Process Server.
    **Filed By:** ALICIA A. ALBUS
    **On Behalf Of:** RICHARD WILLIAMS JR, RUTH NICOLE CRUMER

| | | |
|---|---|---|
| 01/24/2022 | ☐ | **Memorandum Filed** |

Memorandum for Clerk.
    **Filed By:** ALICIA A. ALBUS
    **On Behalf Of:** RICHARD WILLIAMS JR, RUTH NICOLE CRUMER

☐ **Judge/Clerk - Note**

THIS CASE CANNOT BE FURTHER PROCESSED DUE TO MISSING $52.00 FILING FEES. THE FILING FEE FOR SAINT LOUIS COUNTY CIRCUIT-CIVIL CASES IS $105.50. A TOTAL OF $53.50 HAS BEEN PAID, WITH A REMAINING BALANCE OF $52,00. E-FILE A MEMO WITH THE REMAINING $52.00 FILING FEES SO THE CASE CAN BE FURTHER PROCESSED.

| | | |
|---|---|---|
| 01/21/2022 | ☐ | **Filing Info Sheet eFiling** |

    **Filed By:** ALICIA A. ALBUS

☐ **Pet Filed in Circuit Ct**

Petition for Partition of Land.
    **Filed By:** ALICIA A. ALBUS
    **On Behalf Of:** RICHARD WILLIAMS JR, RUTH NICOLE CRUMER

☐ **Judge Assigned**

DIV 14

Electronically Filed - St Louis County - September 21, 2022 - 06:28 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

|  |  |  |
|---|---|---|
| RICHARD WILLIAMS JR., et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Cause No22SL-CC00534 |
| vs. | ) | |
| | ) | |
| MARY WILSON, et .al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ANSWER TO PETITION

COMES NOW, Defendant, Mary Wilson and in her answer to the Plaintiff's Petition responds as follows:

1. Defendants admits allegation 1.

2. Defendant admits allegation 2

3. Defendant denies allegation 3.

4. Defendant denies allegation 4.

5. Defendant admits allegation 5.

6. Defendant has insufficient knowledge to admit or deny all allegations in allegation 6, therefore it is denied.

7. Defendant admits allegation 7.

8. Defendant admits allegation 8.

9. Defendant admits allegation 9.

10. Defendant admits allegation 10.

11. Defendant admits allegation 11.

12. Defendant denies allegation 12.

Electronically Filed - St Louis County - September 21, 2022 - 06:28 PM

WHEREFORE, Defendant request that this Court enter judgment in favor of Defendant, denying the request for partition to sale land and for such other and further orders and relief as the Court deems just and proper

*Mary Wilson*
MARY WILSON

/s/*Felica Ezell-Gillespie*
Felica Ezell-Gillespie, #49164
6101 Delmar, Suite A, 2nd Floor
Saint Louis, MO 63112
(314) 280-0400
(314) 361-2525 – fax
felicaezellgillespie@yahoo.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Defendant's Answer to Plaintiff's Petition was E-FILED with the Court and electronically served upon Plaintiff's attorney, on this 21st day of September, 2022.

/s/*Felica Ezell-Gillespie*

Electronically Filed - St Louis County - September 29, 2022 - 04:54 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| RICHARD WILLIAMS, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.:  22SL-CC00534 |
| | ) |
| MARY ELLEN WILSON, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**DEPARTMENT OF REVENUE'S ANSWER TO**
**PETITION FOR PARTITION OF LAND**

**COMES NOW** Department of Revenue, ("Department"), Defendant, by and through

its attorney of record, Michael S. Kisling, Special Assistant Attorney General, and states as its

Answer to Petition as follows:

1.  The Department is without sufficient information to admit or deny the allegations

contained in paragraphs 1 through 12, inclusive, and therefore must deny same.

Further answering, the Department notes that it has filed a certificate of tax lien against

Richard Williams, SSN XXX-XX-4568, in the St. Louis Circuit Court pursuant to Section 143.902,

RSMo. The Department's lien is attached hereto and incorporated herein as Exhibit A.

Such tax delinquency is still outstanding and subject to the accrual of interest.

By operation of Section 143.902, RSMo, the certificate of tax lien attaches to all real and

personal property, including the subject property identified in paragraph 1 of the Petition,

belonging to Richard Williams, SSN XXX-XX-4568.

Electronically Filed - St Louis County - September 29, 2022 - 04:54 PM

2.      The balance on the Department's certificate of tax lien is as of October 21, 2022, $**37,995.40** plus accrued interest.

3.      The Department is entitled to have this Court declare its interest against the subject property identified in paragraph 1 of the Petition in the course of this partition suit.

**WHEREFORE**, the Department prays this Court to award the Department its full interest as identified above, subject to the accrual of interest, against the subject property identified in paragraph 1 of the Petition in the course of this partition suit; to tax costs of these proceedings against Plaintiff and deny Plaintiff's request for costs and attorney's fees; and for such other relief as this Court deems just and proper.

Respectfully submitted,

**STATE OF MISSOURI**
**DEPARTMENT OF REVENUE**

/s/ Michael S. Kisling
Michael S. Kisling,                    #36629
Special Assistant Attorney General
Department of Revenue
Post Office Box 854
Jefferson City, Missouri 65105
(573) 751-0961
(573) 526-2019 – FAX
Mike.Kisling@dor.mo.gov

**ATTORNEYS FOR DEFENDANT**

Electronically Filed - St Louis County - September 29, 2022 - 04:54 PM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through the Missouri Courts eFiling system pursuant to Rule 103.08 to all attorneys of record in this case registered with the Missouri Courts eFiling system at their registered email address and unrepresented parties, postage prepaid, by U.S. Mail, this 29th day of September, 2022, to:

Alicia A. Albus
473 North Kirkwood Road, 2nd Floor
Kirkwood, Missouri 63122

Felica Ezell-Gillespie
6101 Delmar, Suite A, 2nd Floor
St. Louis, Missouri 63112

The Rickel Law Firm
Post Office Box 36200
Grosse Pointe Farms, Michigan 48236

Internal Revenue Service
Charles Rettig
1111 Constitution Avenue Northwest
Washington D.C. 20224

/s/ Michael S. Kisling
Michael S. Kisling,                    #36629

3

Electronically Filed - St Louis County - September 21, 2022 - 06:26 PM

**IN THE  21ST JUDICIAL CIRCUIT  COURT, _____ ST. LOUIS COUNTY _____, MISSOURI**

Richard Williams Et Al

       Plaintiff,

                vs.

Mary Wilson Et Al

       Defendant.

Case Number:  22SL-CC00534

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Mary Ellen Wilson, Defendant, in the above-styled cause.

/s/ Felica Ezell-gillespie
_____
Felica Ezell-gillespie
Mo Bar Number: 49164
Attorney for Defendant
6101 Delmar
Suite A, 2nd Floor
St. Louis, MO 63112
Phone Number: (314) 361-2500
felicaezellgillespie@yahoo.com

### Certificate of Service

I hereby certify that on _____ September 21st, 2022 _____, a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Felica Ezell-Gillespie
_____
Felica Ezell-gillespie

UNOFFICIAL COPY

Electronically Filed - St Louis County - September 29, 2022 - 04:54 PM

B o o k : 2 2 2 6 5  —  P a g e : 0 1 9 9

Book: 22265 — Page: 0199

**MISSOURI DEPARTMENT OF REVENUE**
**TAXATION DIVISION**
P O BOX 3800
JEFFERSON CITY, MO  65105-3800

| FORM **5207** (Rev 03-10) | Date **OCTOBER 28, 2016** Phone: (573) 522-6276 Fax: (573) 522-2404 |
|---|---|

**CERTIFICATE OF TAX LIEN - INDIVIDUAL INCOME TAX**

RECORDER OF DEEDS
ST LOUIS COUNTY ADMIN BLDG
41 S CENTRAL
CLAYTON MO  63105

| | |
|---|---|
| Case No: | |
| Primary SSN: | XXX-XX-4568 |
| Secondary SSN: | XXX-XX-0000 |
| Lien No: | 16124391310 01 |
| Total Amount Due: | 32,049.97 |

The Director of Revenue, under Section 143.902, RSMo, hereby certifies that the following assessment of tax, interest, additions to tax, penalties, and fees have been made and become final.  Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor(s):  WILLIAMS,RICHARD

County Location: ST LOUIS          189

| FILE PERIOD | DLN | TAX DUE | INTEREST | ADDITIONS TO TAX | PENALTIES | LIEN FEES | BALANCE DUE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 2009 | 16124391310 | 6,309.00 | 1,250.39 | 1,577.25 | 0.00 | 4.50 | 9,141.14 | 08/14/2016 |
| 2010 | 16124391343 | 3,322.00 | 557.91 | 830.50 | 0.00 | 0.00 | 4,710.41 | 08/14/2016 |
| 2012 | 16124391352 | 13,399.00 | 1,449.67 | 3,349.75 | 0.00 | 0.00 | 18,198.42 | 08/14/2016 |
| TOTAL | | 23,030.00 | 3,257.97 | 5,757.50 | 0.00 | 4.50 | 32,049.97 | |

Official Use Only

Under Section 143.902, RSMo, the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien.  Under Section 143.902, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or agent as provided in the case of all other judgments.

**DIRECTOR OF REVENUE OR DELEGATE**
**STATE OF MISSOURI**

BY: *Mike Y Dane*
        **Administrator**

# EXHIBIT A

Electronically Filed - St Louis County - January 24, 2022 - 04:59 PM

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY, MISSOURI**
**21ST JUDICIAL CIRCUIT**

| | | |
|---|---|---|
| **RICHARD WILLIAMS, JR., et al,** | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| VS | ) | No. 22SL-CC00534 |
| | ) | |
| **MARY ELLEN WILSON, et al,** | ) | |
| | ) | |
| Defendants. | ) | |

<u>**MEMORANDUM TO CLERK**</u>

COME NOW Mitchell, Brown & Associates, LLC Alicia A. Albus and hereby submit

$52.00 for the additional filing fee, in the above referenced matter.


MITCHELL, BROWN & ASSOCIATES, LLC


By: ___/s/ Alicia A. Albus_____
ALICIA A. ALBUS       MBEN 46287
473 N. Kirkwood Road, 2nd Floor
Kirkwood, MO 63122
Telephone: (314) 962-0186
Fax: (314)962-1298
aalbus@elderlawstlouis.com

***Attorneys for Plaintiffs***

**22SL-CC00534**

Electronically Filed - St Louis County - January 21, 2022 - 12:15 PM

## IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY, MISSOURI
## 21ST JUDICIAL CIRCUIT

| | |
|---|---|
| RICHARD WILLIAMS, JR. | ) |
| AND | ) |
| RUTH NICOLE CRUMER, | ) |
| Plaintiffs. | ) No. |
| VS | ) |
| MARY ELLEN WILSON, | ) |
| Defendant. | ) |
| INTERNAL REVENUE SERVICE, | ) |
| Defendant. | ) |
| MISSOURI DEPARTMENT OF REVENUE, | ) |
| Defendant. | ) |
| THE VILLAGES AT BARRINGTON DOWNS, a Missouri homeowners' association. | ) |
| Defendant. | ) |

## PETITION FOR PARTITION OF LAND

Comes Now Plaintiffs, Richard Williams Jr. and Ruth Nicole Crumer, and for the Petition for Partition of Land, state:

1. Richard Williams, Sr. died on or about November 15, 2015, intestate and seized in fee of a certain tract of land situated in St. Louis County Missouri, described as

Lot 13B of Villages at Barrington Downs Section "B"-- Arlington Village, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 275 page 30 of the St. Louis County Records.

Electronically Filed - St Louis County - January 21, 2022 - 12:15 PM

Known as 809 Sprinters Row Drive, Saint Louis, Missouri 63034, hereinafter referred to as the "land."

2.  Richard Williams Sr. left surviving as sole next-of-kin and heirs-at-law, three children, Richard Williams, Jr., Mary Ellen Wilson and Ruth Nicole Crumer.

3.  Plaintiff Richard Williams, Jr. is an individual residing in St. Louis County, Missouri.

4.  Plaintiff Ruth Nicole Crumer is an individual residing in St. Louis County, Missouri.

5.  The St. Louis County Probate Court, on January 25, 2021, in Case Number 20SL-PR02894, did Order that Richard Williams, Sr.'s heirs at law are Richard Williams, Jr., Mary Ellen Wilson and Ruth Nicole Crumer, and are to share in Richard Williams, Sr.'s estate in equal 1/3 shares.

6.  Defendant Mary Ellen Wilson is of full age, married and spouse's name is Anthony Wilson, Defendant, who is of full age, residing in St. Louis County.

7.  Jurisdiction and venue are proper before this Court in that the land that is the subject matter of this action is located in St. Louis County.

8.  Since the death of Richard Williams, Sr. Defendant Mary Ellen Wilson has been occupying the land.

9.  Plaintiff, Richard Williams, Jr., is seized of one equal undivided third part in the land and the Plaintiff, Kimberly Ann Williams, spouse of Richard Williams Jr., has an inchoate right of dower in the part of the land to which Plaintiff, Richard Williams, Jr. is entitled.

10.  Plaintiff Ruth Nicole Crumer is seized of one equal undivided third part in the land and the Plaintiff, Larry Crumer, spouse of Ruth Nicole Crumer, has an inchoate right of dower in the part of the land to which Plaintiff, Ruth Nicole Crumer, is entitled.

11.  Defendant Mary Ellen Wilson is seized of one equal undivided third part in the land. Defendant, Anthony Wilson, spouse of Mary Ellen Wilson, has an inchoate right of dower in the part of the land which Defendant, Mary Ellen Wilson is entitled.

12.  The Plaintiffs desire that a fair partition of the land be made among them and the other persons entitled to share therein according to their right and interests as set out above, or, if an actual partition can not be made without great prejudice to those entitled to share therein, that the land be sold and the proceeds divided among the Plaintiffs and the other persons entitled to share therein according to their rights and interests as set out above.

Wherefore, Plaintiffs demand:

A.  That a fair partition of the land be made among the Plaintiffs and the other persons entitled to share therein according to their respective rights and interests.

Electronically Filed - St Louis County - January 21, 2022 - 12:15 PM

B.  That the liens, if any, on the individual interest of any of the parties be charged to the share assigned to such party but subject to a charge on such share of its just proportion of the costs of this action and to a charge of the sum which shall be found to be due to the Plaintiffs for moneys expended by Plaintiffs for taxes in preference to such lien.

C.  If an actual partition can not be made without great prejudice to the respective parties, or is impracticable, then the land should be sold, including the inchoate rights of dower of the Plaintiff Kimberly Ann Williams, spouse of Richard Williams, Jr. and Larry Crumer, spouse of Ruth Nicole Crumer and Defendant Anthony Wilson, spouse of Mary Ellen Wilson.

D.  If a sale is held, the proceeds shall be paid as follows:  first, the costs of the action; second, the amount found due to Plaintiffs for moneys expended by Plaintiffs for taxes, third, to satisfy lawful and valid liens attached to the land, and fourth, the balance distributed between the plaintiffs and defendants and the other persons entitled to share therein according to their respective rights and interests.  The portion of the proceeds arising from the sale of any share against which there are existing any liens or encumbrances held by any creditor of a party hereto shall be paid into this Court to be disposed of as this Court may direct.

E.  That an account may be taken of the sums of money expended by the Plaintiffs, Richard Williams, Jr. and Ruth Nicole Crumer, in the payment of taxes and of the proportionate amounts of such expenditure which should have been paid by the several parties interested, and that in case of an actual partition, the respective proportionate amount be adjudged a lien up on the respective shares assigned to such parties, or, that in the case of a sale, the sum so found due to such Plaintiffs be paid prior to the payments to the parties of their shares in the proceeds.


_____
Richard Williams, Jr., Plaintiff


_____
Ruth Nicole Crumer, Plaintiff

Electronically Filed - St Louis County - January 21, 2022 - 12:15 PM

MITCHELL, BROWN & ASSOCIATES, LLC


By: _____
ALICIA A. ALBUS   MBEN 46287
473 N. Kirkwood Road, 2nd Floor
Kirkwood, MO 63122
Telephone: 314-962-0186
Fax: 314-962-1298
aalbus@elderlawstlouis.com

***Attorneys for Plaintiffs***

Electronically Filed - St Louis County - May 03, 2022 - 03:00 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

For File Stamp Only

__Richard Williams, Jr. and Ruth Nicole Crumer__
Plaintiff/Petitioner

Date

__22SL-CC00534__
Case Number

__14__
Division

vs.

__Mary Ellen Wilson, et al__
Defendant/Respondent

## <u>REQUEST FOR APPOINTMENT OF PROCESS SERVER</u>

Comes now __Alicia A. Albus__ , pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
__Lousika Legal Courier / Harry Yiatras   308 Hutchinson Road, Ballwin, MO 63011  (314)  560-5103__
Name of Process Server            Address                          Telephone

Name of Process Server            Address or in the Alternative             Telephone

Name of Process Server            Address or in the Alternative             Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
__Mary Ellen Wilson__
Name
__809 Sprinters Row__
Address
__Florissant, MO 63034__
City/State/Zip

SERVE:
__The Villages of Barrington / The Rickel Law Firm__
Name
__P.O. Box 36200__
Address
__Grosse Pointe Farms, MI 48236__
City/State/Zip

SERVE:
__Missouri Department of Revenue - Collection Enforcements__
Name
__P.O. Box 1646__
Address
__Jefferson City, MO 65105__
City/State/Zip

SERVE:
__IRS - Charles Rettig__
Name
__1111 Constitution Avenue NW__
Address
__Washington, DC 20224__
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____
Deputy Clerk

_____
Date

__/s/ Alicia A. Albus__
Signature of Attorney/Plaintiff/Petitioner
__46287__
Bar No.
__473 N. Kirkwood Road, St. Louis, MO 63122__
Address
__(314) 962-0186__        __(314) 962-1298__
Phone No.                              Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St Louis County - July 27, 2022 - 11:35 AM

In the

# CIRCUIT COURT
## Of St. Louis County, Missouri

⌐                       For File Stamp Only                   ¬

__Richard Williams, Jr. and Ruth Nicole Crumer__
Plaintiff/Petitioner

Date

__22SL-CC00534__
Case Number

vs.

__14__
Division

__Mary Ellen Wilson, et al__
Defendant/Respondent

L                                                             ⌐

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Alicia A. Albus_____, pursuant

Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

__Lousika Legal Courier / Harry Yiatras   308 Hutchinson Road, Ballwin, MO 63011  (314)  560-5103__

Name of Process Server                    Address                                          Telephone

_____    _____    _____
Name of Process Server                    Address or in the Alternative                    Telephone

_____    _____    _____
Name of Process Server                    Address or in the Alternative                    Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
__Mary Ellen Wilson__
Name
__809 Sprinters Row__
Address
__Florissant, MO 63034__
City/State/Zip

SERVE:
__The Villages of Barrington / The Rickel Law Firm__
Name
__P.O. Box 36200__
Address
__Grosse Pointe Farms, MI 48236__
City/State/Zip

SERVE:
__Missouri Department of Revenue - Collection Enforcements__
Name
__P.O. Box 1646__
Address
__Jefferson City, MO 65105__
City/State/Zip

SERVE:
__IRS - Charles Rettig__
Name
__1111 Constitution Avenue NW__
Address
__Washington, DC 20224__
City/State/Zip

Appointed as requested:

**JOAN M. GILMER**, Circuit Clerk


By _____
      Deputy Clerk


_____
Date

__/s/ Alicia A. Albus__
Signature of Attorney/Plaintiff/Petitioner
__46287__
Bar No.
__473 N. Kirkwood Road, St. Louis, MO 63122__
Address
__(314) 962-0186__          __(314) 962-1298__
Phone No.                              Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St Louis County - July 27, 2022 - 11:35 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms .

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS     Rev. 07/19

Electronically Filed - St Louis County - July 27, 2022 - 11:35 AM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

__Richard Williams, Jr. and Ruth Nicole Crumer__
Plaintiff/Petitioner

vs.

__Mary Ellen Wilson, et al__
Defendant/Respondent

Date

__22SL-CC00534__
Case Number

__14__
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Alicia A. Albus__ _____ , pursuant
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
__Lousika Legal Courier / Harry Yiatras   308 Hutchinson Road, Ballwin, MO 63011  (314) 560-5103__
Name of Process Server                Address                                                Telephone

_____
Name of Process Server                Address or in the Alternative                          Telephone

_____
Name of Process Server                Address or in the Alternative                          Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
__Mary Ellen Wilson__
Name
__809 Sprinters Row__
Address
__Florissant, MO 63034__
City/State/Zip

SERVE:
__The Villages of Barrington / The Rickel Law Firm__
Name
__P.O. Box 36200__
Address
__Grosse Pointe Farms, MI 48236__
City/State/Zip

SERVE:
__Missouri Department of Revenue - Collection Enforcements__
Name
__P.O. Box 1646__
Address
__Jefferson City, MO 65105__
City/State/Zip

SERVE:
__IRS - Charles Rettig__
Name
__1111 Constitution Avenue NW__
Address
__Washington, DC 20224__
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____ __/s/Adam Dockery__
    Deputy Clerk
          __7/29/2022__
_____
Date

__/s/ Alicia A. Albus__
Signature of Attorney/Plaintiff/Petitioner
__46287__
Bar No.
__473 N. Kirkwood Road, St. Louis, MO 63122__
Address
__(314) 962-0186__        __(314) 962-1298__
Phone No.                          Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St Louis County - July 27, 2022 - 11:35 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms .

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KRISTINE A KERR | **Case Number:  22SL-CC00534** |
| Plaintiff/Petitioner:<br>RICHARD WILLIAMS JR<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>ALICIA A. ALBUS<br>473 N. Kirkwood Road<br>2ND FLOOR<br>KIRKWOOD, MO  63122 |
| Defendant/Respondent:<br>MARY ELLEN WILSON | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Partition | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

**The State of Missouri to:  MARY ELLEN WILSON**
**Alias:**

**809 SPRINTERS ROW**
**FLORISSANT, MO  63034**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>**29-JUL-2022**</u>                                                    _____
**Date**                                                                              **Clerk**

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____

*(Seal)*                                   Date                                                   Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) <u>Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KRISTINE A KERR | Case Number:  22SL-CC00534 |
| Plaintiff/Petitioner:<br>RICHARD WILLIAMS JR<br><br>                                        vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALICIA A. ALBUS<br>473 N. Kirkwood Road<br>2ND FLOOR<br>KIRKWOOD, MO  63122 |
| Defendant/Respondent:<br>MARY ELLEN WILSON | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Partition | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  MISSOURI DEPARTMENT OF REVENUE**
                                        **Alias:**

**COLLECTION ENFORCEMENTS**
**P.O. BOX 1646**
**JEFFERSON CITY, MO  65105**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

            You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
            **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>29-JUL-2022</u>                                        _____
**Date**                                                                            **Clerk**

**Further Information:**
**AD**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

                My commission expires: _____        _____
*(Seal)*                                                            Date                                                    Notary Public

---

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$**_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>KRISTINE A KERR | Case Number:  22SL-CC00534 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD WILLIAMS  JR | Plaintiff's/Petitioner's Attorney/Address:<br>ALICIA A. ALBUS<br>473 N. Kirkwood Road<br>2ND FLOOR<br>KIRKWOOD, MO  63122 |
| vs. | |
| Defendant/Respondent:<br>MARY ELLEN WILSON | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Partition | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THE VILLAGES AT BARRINGTON DOWNS
                            Alias:

THE RICKEL LAW FIRM
P.O. BOX 36200
GROSSE POINTE FARMS, MI  48236

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>29-JUL-2022</u>
Date
Further Information:
AD

_____
Clerk

## Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
     ☐  delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
     _____, a person at least 18 years of age residing therein.

     ☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     _____ (name) _____ (title).
     ☐  other (describe) _____
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
     Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)
     I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                        ☐ the judge of the court of which affiant is an officer.
                        ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                          (use for out-of-state officer)
*(Seal)*                ☐ authorized to administer oaths.  (use for court-appointed server)

                        _____
                        Signature and Title

| **Service Fees, if applicable** | | |
| --- | --- | --- |
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | $_____ | |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3) On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KRISTINE A KERR | **Case Number:  22SL-CC00534** |
| Plaintiff/Petitioner:<br>RICHARD WILLIAMS  JR | Plaintiff's/Petitioner's Attorney/Address:<br>ALICIA A. ALBUS<br>473 N. Kirkwood Road<br>2ND FLOOR<br>KIRKWOOD, MO  63122 |
| **vs.** | |
| Defendant/Respondent:<br>MARY ELLEN WILSON | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Partition | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   INTERNAL REVENUE SERVICE
                              Alias:

CHARLES RETTIG
1111 CONSTITUTION AVENUE NW
WASHINGTON, DC  20224

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.**

**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

*ST. LOUIS COUNTY*

<u>29-JUL-2022</u>
**Date**
**Further Information:**
**AD**

_____
**Clerk**

---

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person at least 18 years of age residing therein.

    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____          _____
        Printed Name of Sheriff or Server                           Signature of Sheriff or Server
        **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
        I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                           ☐ the judge of the court of which affiant is an officer.
*(Seal)*                   ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                              (use for out-of-state officer)
                           ☐ authorized to administer oaths.  (use for court-appointed server)

                           _____
                                    Signature and Title

---

| **Service Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | $_____ | |

*See the following page for directions to clerk and to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - August 26, 2022 - 01:54 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KRISTINE A KERR | **Case Number:  22SL-CC00534** |
| Plaintiff/Petitioner:<br>RICHARD WILLIAMS JR<br><br>**vs.** | Plaintiff's/Petitioner's Attorney/Address<br>ALICIA A. ALBUS<br>473 N. Kirkwood Road<br>2ND FLOOR<br>KIRKWOOD, MO  63122 |
| Defendant/Respondent:<br>MARY ELLEN WILSON | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE |
| Nature of Suit:<br>CC Partition | CLAYTON, MO  63105                    (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  MARY ELLEN WILSON**
                        Alias:

**809 SPRINTERS ROW**
**FLORISSANT, MO  63034**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**29-JUL-2022**
**Date**                                                        **Clerk**

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at  809  SPRINTERS  ROW  DRIVE _____ FLORISSANT  63034 (address)

in _____ COUNTY _____ (County/~~City~~ of St. Louis), MO, on AUGUST 23, 2022 (date) at 5:42 p.m. (time).

          HARRY  YIATRAS
Printed Name of ~~Sheriff or~~ Server                    Signature of ~~Sheriff or~~ Server

Must be sworn before a notary public if not served by an authorized officer:
        Subscribed and sworn to before me on  AUGUST 23, 2022 (date).

**ANNA E. RALPHS**
My Commission Expires, My commission expires:  10 | 01 | 2022
October 1, 2022 *(Seal)*                    Date                    Notary Public
St. Louis County
Commission #14630473

Electronically Filed - St Louis County - August 26, 2022 - 01:54 PM

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.